# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DARLING, WILLIAM E § | Case No. 09-48892 |
| DARLING, CYNTHIA G § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/29/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/19/2011     By: /s/ Michael G. Berland
                                                                         Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: DARLING, WILLIAM E | § Case No. 09-48892 |
|---|---|
| DARLING, CYNTHIA G | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,060.98 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 28,060.98 |
| **Balance on hand:** | $ 28,060.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 28,060.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 3,556.10 | 0.00 | 3,556.10 |
| Trustee, Expenses - MICHAEL G. BERLAND | 44.80 | 0.00 | 44.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,600.90 |
| Remaining balance: | $ 24,460.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,460.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 24,460.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 246,259.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Enterprise Funding Payment Processing | 33,701.99 | 0.00 | 3,347.50 |
| 2 | Enterprise Funding Group | 20,570.01 | 0.00 | 2,043.15 |
| 4 | First Federal Leasing | 58,117.50 | 0.00 | 5,772.61 |
| 5 | Ziker Uniforms | 1,166.83 | 0.00 | 115.90 |
| 6 | Happ's Inc. | 1,840.00 | 0.00 | 182.76 |
| 7 | Industrial Filters Company | 11,500.00 | 0.00 | 1,142.26 |
| 8 | Chase Bank USA, N.A. | 31,192.54 | 0.00 | 3,098.25 |
| 9 | Hazchem | 7,472.55 | 0.00 | 742.22 |
| 10 | Silver Cross Hospital | 3,508.50 | 0.00 | 348.49 |
| 12 | Marlin Business Bank | 48,724.43 | 0.00 | 4,839.63 |

UST Form 101-7-NFR (10/1/2010)

| 13 | Leaf Funding Inc | 22,275.19 | 0.00 | 2,212.52 |
|---|---|---|---|---|
| 14 | Fia Card Services, /Bank of America/Americcan Infosource-ag | 6,189.57 | 0.00 | 614.79 |

Total to be paid for timely general unsecured claims: $ 24,460.08
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-48892-BWB
William E Darling                                                       Chapter 7
Cynthia G Darling
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Mar 21, 2011
                               Form ID: pdf006             Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2011.
```
db/jdb     +William E Darling,    Cynthia G Darling,    21839 Yellow Finch Lane,    Frankfort, IL 60423-2304
aty        +Gordon Gouveia,    Gouveia & Associates,    433 West 84th Drive,    Merrillville, IN 46410-6247
tr         +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
14896259   +Abram Edwards & York, LLC,    1650 N. Kolb Road,    Tucson, AZ 85715-4930
14896260   +Absorbtech,    3900 William Richardson Drive,    South Bend, IN 46628-9479
14896261   +Advanced Waster Services, Inc.,    1126 South 70th Street, Ste. N408B,    West Allis, WI 53214-3161
14896262   +Alert Alarm, Inc.,    P.O. Box 11437,    Merrillville, IN 46411-1437
14896263   +BakerCorp,    2205 E. Lincoln Hwy,    Chicago Heights, IL 60411-7701
14896264   +Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
14896265    Bank of America,    4060 Ogletown/Stan,    Newark, DE 19713
14896266   +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14896267    Barclay Bank Delaware,    P.O. Box 8833,    Wilmington, DE 19899-8833
14896268   +Brian A. Nettleeingham,    Joshua R. Terebelo,    Maddin, Hauser, Wartell, Roth & Heller,
             28400 Northwestern Highway, Third Floor,    Southfield, MI 48034-1839
14896271   +CITI,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
14896270    Chase,   Cardmember Service,    P.O. Box 15548,    Wilmington, DE 19886-5548
15767355    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14896272   +Commercial Collection Consultants, Inc.,    16830 Ventura Boulevard, Ste. 620,
             Encino, CA 91436-1727
14896273   +Comprehensive Care,    7501 West 15th Avenue,    Gary, IN 46406-2267
14896274   +Comprehensive Environmental Solutions,    6011 Wyoming Avenue,    Dearborn, MI 48126-2335
14896275   +Construction Advancement Foundation,    6050 Southport Rd., Suite A,    Portage, IN 46368-6405
14896276   +D-Construction,    1281 Leah Road,    Morris, IL 60450-8469
14896277   +Dragon Products, Ltd.,    P.O. Box 3127,    Beaumont, TX 77704-3127
14896278    Eagle Services,    290 W 1050 N. Chesterton,    Chesterton, IN 46304
15372101   +Enterprise Funding Group,    4308 Three Mile Rd NW,    Grand Rapids, MI 49534-1137
14896279   +Enterprise Funding Payment Processing,    P.O. Box 20,    Franklin, TN 37065-0020
14896281    Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
14896282    First Federal Leasing,    c/o Lois Berry,    P.O. Box 1145,    Richmond, IN 47375-1145
14896283   +Gehring Products, Inc.,    P.O. Box 635,    Thornburg, VA 22565-0635
14896289   +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14896284   +Happ's Inc.,    901 State Street,    Chicago Heights, IL 60411-2263
14896285   +Harris Bank, N.A.,    P.O. Box 5043,    Rolling Meadows, IL 60008-5043
14896286    Hart Industries, Inc.,    P.O. Box 1118,    Hamilton, OH 45012-1118
14896287   +Hazchem,    1115 West National Drive,    Addison, IL 60101-3128
14896288    Heritage -Crystal Clean,    13621 Collections Center Drive,    Chicago, IL 60693-0136
14896290    Ice Mountain,    P.O. Box 856680,    Louisville, KY 40285-6680
14896291   +Industrial Filters Company,    9 Industrial Road,    Fairfield, NJ 07004-3043
14896292   +Industrial Highway Corporation,    P.O. Box 9018,    Gary, IN 46402-9018
14896293   +Industrial Hoghway Corporation,    P.O. Box 9018,    Gary, IN 46402-9018
14896295    James P. O'Neill,    827 N. Main Street, Ste. F,    Rochester, MI 48307-1435
14896296   +K-Plus Environmental,    6800 W. 9th Street,    Gary, IN 46406-1918
14896297   +Kevin D. Plank,    741 Milford Hills Drive,    Milford, OH 45150-5127
14896298   +Klean Waters, Inc.,    10542 W. Donges Court,    Milwaukee, WI 53224-1110
14896301    LEAF,    P.O. Box 643172,    Cincinnati, OH 45264-3172
14896300   +LEAF,    2005 Market Street, 15th Floor,    Philadelphia, PA 19103-7009
14896299   +Lakeshore Truck Services, Inc.,    2250 East 15th Street,    Gary, IN 46402-3007
15951638   +Marlin Business Bank,    300 Fellowship Road,    Mount Laurel, NJ 08054-1201
14896302   +Microbac Laboratories, Inc.,    5713 W. 85th Street,    Indianapolis, IN 46278-1330
14896303   +Mosner Energy Alternatives, Inc.,    6012 Industrial Highway,    Gary, IN 46406-1054
14896304   +Mosner Environmental Management,    6012 Industrial Highway,    Gary, IN 46406-1054
14896306   +NORA,    5965 Amber Ridge Road,    Haymarket, VA 20169-2623
14896307   +North American Refining, Co.,    7601 West 47th Street,    McCook, IL 60525-3203
14896308   +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
14896309    Peter Cremer North America, LP,    P.O. Box 701082,    Cincinnati, OH 45270-1082
14896310    Pollution Control Industries,    72040 Eagle Way,    Chicago, IL 60678-7250
14896311   +Prairie Point Apartment Homes,    9123 Cleveland Street,    Merrillville, IN 46410-3185
14896312   +Precision Petroleum Labs, Inc.,    5915 Star Lane,    Houston, TX 77057-7117
14896313   +R.J. Yul & Company, Ltd.,    10179 Lincoln Highway,    Frankfort, IL 60423-1274
14896314    Ray Camp Company,    P.O. Box,   7 Red Oak,    Red Oak, GA 30272-0007
14896315   +Rierth-Riley Construction Co.,    1751 West Minnesota Street,    Indianapolis, IN 46221-1813
14896316   +Rierth-Riley Construction Co.,    Legal Department,    P.O. Box 477,    Goshen, IN 46527-0477
14896317   +Silver Cross Hospital,    P.O. Box 100,    Joliet, IL 60434-0100
15861920   +Silver Cross Hospital,    C/o Steven Plato Troy its attorney,    116 North Chicago Street Suite 202,
             Joliet,Illinois 60432-4207
14896318   +Southwest Oil, Inc.,    17348 Deer Creek Drive,    Orland Park, IL 60467-7817
14896319   +Southwest Town,    10450 W. 163rd Place,    Orland Park, IL 60467-5445
14896321   +Stearns Bank National Association,    4191 S. 2nd Street,    P.O. Box 7338,
             Saint Cloud, MN 56302-7338
14896320    Stearns Bank National Association,    4191 SO 2nd Street,    P.O. Box 7338,
             Saint Cloud, MN 56302-7338
14896322    Taylor Bean Whitaker,    P.O. Box 24850,    Jacksonville, FL 32241-4850
14896323   +U.S. Financial Services, Inc.,    21599 W. Eleven Mile Road, Ste. 100,    Southfield, MI 48076-3800
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Mar 21, 2011
                               Form ID: pdf006             Total Noticed: 82

14896327    +U.S. Financial Services, Inc.,    21599 W. Eleven Mile Road, Suit 100,    Southfield, MI 48076-3800
14896324    +U.S. Financial Services, Inc.,    21599 West Eleven Mile Road,   Ste. 100,
              Southfield, MI 48076-3800
14896329    +US Financial Services, Inc.,    21599 West Eleven Mile Road, Ste. 100,    Southfield, MI 48076-3800
14896328     United Waste Water Services, LLC,    Dept. 77380,    P.O. Box 77000,    Detroit, MI 48277-0380
14896330    +Usher Oil Company,    9000 Roselawn,    Detroit, MI 48204-2747
14896331    +Waste Management,    Attn: Bankruptcy Department,    2625 W. Grandview Road, Ste. 150,
              Phoenix, AZ 85023-3113
14896332     Wells Fargo,    P.O. Box 6426,    Carol Stream, IL 60197-6426
14896333    +Wolf Lake Terminals, Inc.,    3200 Sheffield Avenue,    Hammond, IN 46327-1001
14896334    +Ziker Uniforms,    251 E. Sample Street,    South Bend, IN 46601-3446
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15744350    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 21 2011 23:58:20
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
14896269    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Mar 21 2011 22:48:10
              Capital One Auto Finance,    3905 N. Dallas Parkway,    Plano, TX 75093-7892
16110436     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2011 23:58:08
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14896294    +E-mail/Text: bkrptnotices@jjkeller.com Mar 21 2011 22:48:43    J. J. Keller & Associates, Inc.,
              P.O. Box 548,    Neenah, WI 54957-0548
16070968    +E-mail/Text: bankruptcyaccounts@resourceamerica.com Mar 21 2011 22:48:26    Leaf Funding Inc,
              2005 Market St, 14th floor,    Philadelphia, PA 19103-7042
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14896305*   +Mosner Environmental Management, Inc.,    6012 Industrial Highway,    Gary, IN 46406-1054
14896326*   +U.S. Financial Services, Inc.,    21599 West Eleven Mile Road, Ste. 100,
              Southfield, MI 48076-3800
14896325*   +U.S. Financial Services, Inc.,    21599 W. Eleven Mile Road,   Ste. 100,
              Southfield, MI 48076-3800
14896280   ##+Environmental Safetey Products,    5734 West Schultz Road,    La Porte, IN 46350-7062
                                                                                      TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**          **Signature:**     _Joseph Speetjens_