# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DARLING, WILLIAM E | § | Case No. 09-48892 |
| DARLING, CYNTHIA G | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $478,810.40          Assets Exempt: $68,975.40
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,460.75          Claims Discharged
                                                      Without Payment: $1,192,826.51

Total Expenses of Administration: $3,600.90

3) Total gross receipts of $ 28,061.65 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $28,061.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $417,106.00 | $28,042.12 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,600.90 | 3,600.90 | 3,600.90 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,026,426.57 | 246,259.11 | 246,259.11 | 24,460.75 |
| **TOTAL DISBURSEMENTS** | $1,443,532.57 | $277,902.13 | $249,860.01 | $28,061.65 |

4) This case was originally filed under Chapter 7 on December 28, 2009. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2011          By: /s/MICHAEL G. BERLAND
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal tax refund-unscheduled | 1224-000 | 22,452.00 |
| State tax refund-unscheduled | 1224-000 | 651.00 |
| 2006 Chevy Equinox-scheduled | 1129-000 | 4,950.00 |
| Interest Income | 1270-000 | 8.65 |
| **TOTAL GROSS RECEIPTS** | | $28,061.65 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Auto Finance | 4110-000 | N/A | 15,137.49 | 0.00 | 0.00 |
| 11 | Stearns Bank National Association | 4110-000 | N/A | 12,904.63 | 0.00 | 0.00 |
| NOTFILED | Harris Bank, N.A. | 4110-000 | 197,709.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Finance Attn: Credit Bureau | 4110-000 | 16,621.00 | N/A | N/A | 0.00 |
| NOTFILED | Taylor Bean Whitaker | 4110-000 | 187,776.00 | N/A | N/A | 0.00 |
| NOTFILED | Stearns Bank National Association | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $417,106.00 | $28,042.12 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 3,556.10 | 3,556.10 | 3,556.10 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 44.80 | 44.80 | 44.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,600.90 | 3,600.90 | 3,600.90 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Enterprise Funding Payment Processing | 7100-000 | N/A | 33,701.99 | 33,701.99 | 3,347.60 |
| 2 | Enterprise Funding Group | 7100-000 | N/A | 20,570.01 | 20,570.01 | 2,043.20 |
| 4 | First Federal Leasing | 7100-000 | N/A | 58,117.50 | 58,117.50 | 5,772.77 |
| 5 | Ziker Uniforms | 7100-000 | 1,166.83 | 1,166.83 | 1,166.83 | 115.90 |
| 6 | Happ's Inc. | 7100-000 | 1,840.00 | 1,840.00 | 1,840.00 | 182.77 |
| 7 | Industrial Filters Company | 7100-000 | 11,000.00 | 11,500.00 | 11,500.00 | 1,142.29 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 24,000.00 | 31,192.54 | 31,192.54 | 3,098.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Hazchem | 7100-000 | 7,472.55 | 7,472.55 | 7,472.55 | 742.24 |
| 10 | Silver Cross Hospital | 7100-000 | N/A | 3,508.50 | 3,508.50 | 348.50 |
| 12 | Marlin Business Bank | 7100-000 | N/A | 48,724.43 | 48,724.43 | 4,839.76 |
| 13 | Leaf Funding Inc | 7100-000 | 9,919.04 | 22,275.19 | 22,275.19 | 2,212.58 |
| 14 | Fia Card Services, /Bank of America/Americcan | 7100-000 | N/A | 6,189.57 | 6,189.57 | 614.81 |
| NOTFILED | NORA | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Refining, Co. | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 5,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Pollution Control Industries | 7100-000 | 3,196.24 | N/A | N/A | 0.00 |
| NOTFILED | Peter Cremer North America, LP | 7100-000 | 81,587.31 | N/A | N/A | 0.00 |
| NOTFILED | Microbac Laboratories, Inc. | 7100-000 | 695.00 | N/A | N/A | 0.00 |
| NOTFILED | Lakeshore Truck Services, Inc. | 7100-000 | 2,813.60 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 1,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage -Crystal Clean | 7100-000 | 540.88 | N/A | N/A | 0.00 |
| NOTFILED | Ice Mountain | 7100-000 | 223.75 | N/A | N/A | 0.00 |
| NOTFILED | J. J. Keller & Associates, Inc. | 7100-000 | 161.82 | N/A | N/A | 0.00 |
| NOTFILED | Klean Waters, Inc. | 7100-000 | 2,704.00 | N/A | N/A | 0.00 |
| NOTFILED | K-Plus Environmental | 7100-000 | 11,680.10 | N/A | N/A | 0.00 |
| NOTFILED | Praire Point Apartment Homes | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | R.J. Yul & Company, Ltd. | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Precision Petroleum Labs, Inc. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Town | 7100-000 | 1,620.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Oil, Inc. | 7100-000 | 26,770.40 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Financial Services, Inc. | 7100-000 | 34,315.71 | N/A | N/A | 0.00 |
| NOTFILED | US Financial Services, Inc. | 7100-000 | 2,597.09 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital | 7100-000 | 3,056.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Financial Services, Inc. | 7100-000 | 63,652.50 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management Attn: Bankruptcy Department | 7100-000 | 29,147.58 | N/A | N/A | 0.00 |
| NOTFILED | Usher Oil Company | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rierth-Riley Construction Co. | 7100-000 | 131,654.55 | N/A | N/A | 0.00 |
| NOTFILED | Ray Camp Company | 7100-000 | 4,898.57 | N/A | N/A | 0.00 |
| NOTFILED | Hart Industries, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Wolf Lake Terminals, Inc. | 7100-000 | 6,829.00 | N/A | N/A | 0.00 |
| NOTFILED | United Waste Water Services, LLC Dept. 77380 | 7100-000 | 137,532.80 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 18,939.54 | N/A | N/A | 0.00 |

| NOTFILED | Enterprise Funding Payment Processing | 7100-000 | 3,781.80 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Absorbtech | 7100-000 | 12,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Waster Services, Inc. | 7100-000 | 17,731.30 | N/A | N/A | 0.00 |
| NOTFILED | Alert Alarm, Inc. | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 39,227.00 | N/A | N/A | 0.00 |
| NOTFILED | BakerCorp | 7100-000 | 21,405.13 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Services | 7100-000 | 2,718.80 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 75.19 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Safetey Products | 7100-000 | 237.75 | N/A | N/A | 0.00 |
| NOTFILED | D-Construction | 7100-000 | 119,088.00 | N/A | N/A | 0.00 |
| NOTFILED | First Federal Leasing | 7100-000 | 69,865.55 | N/A | N/A | 0.00 |
| NOTFILED | Comprehensive Environmental Solutions | 7100-000 | 44,059.19 | N/A | N/A | 0.00 |
| NOTFILED | Construction Advancement Foundation | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,092.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 513.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclay Bank of Delaware | 7100-000 | 22,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Gehring Products, Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Comprehensive Care | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,026,426.57 | 246,259.11 | 246,259.11 | 24,460.75 |

Exhibit 8

Page:  1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-48892 | **Trustee:**    (520196)    MICHAEL G. BERLAND |
| **Case Name:**    DARLING, WILLIAM E | **Filed (f) or Converted (c):** 12/28/09 (f) |
|     DARLING, CYNTHIA G | **§341(a) Meeting Date:**    02/01/10 |
| **Period Ending:** 11/07/11 | **Claims Bar Date:**    09/10/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Federal tax refund-unscheduled  (u) | 0.00 | 22,452.00 | | 22,452.00 | FA |
| 2 | State tax refund-unscheduled  (u) | 0.00 | 651.00 | | 651.00 | FA |
| 3 | 21839 Yellow Finch, Frankfort-scheduled | 430,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Cash-scheduled | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | TCF-checking-scheduled | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Costume jewelry-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | State Farm term-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Starte Farm term-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | TCF IRA-scheduled | 25,975.40 | 0.00 | DA | 0.00 | FA |
| 12 | Mosner Environmental 100%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Mosner Energy 50%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Mosner Reycyling 50%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | William Logan Estates 100%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Maximim Edge Technologies 20%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | Great Energy Corporation 20%-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2006 Chevy Equinox-scheduled<br>    Total of $4950 received for trustee's interest in<br>assets 18, 19, and 20 | 11,300.00 | 0.00 | DA | 4,950.00 | |
| 19 | 2005 Chevy pickup-scheduled<br>    Total of $4950 received for trustee's interest in<br>assets 18, 19, and 20 | 11,140.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 Chevy Imapala 50%ownership-scheduled<br>    Total of $4950 for Truxtee's interest in assets 18, 19,<br>and 20 | 4,235.00 | 0.00 | | 0.00 | FA |
| 21 | 2007 Pontiac-scheduled | 9,425.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2 dogs scheduled | 20.00 | 20.00 | DA | 0.00 | FA |
| 23 | TCF Business-scheduled | 150.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-48892 | **Trustee:** (520196)  MICHAEL G. BERLAND |
| **Case Name:** DARLING, WILLIAM E | **Filed (f) or Converted (c):** 12/28/09 (f) |
| DARLING, CYNTHIA G | **§341(a) Meeting Date:** 02/01/10 |
| **Period Ending:** 11/07/11 | **Claims Bar Date:** 09/10/10 |

| Ref. # | 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) | 2 <br> Petition/ <br> Unscheduled <br> Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br> Property <br> Abandoned <br> OA=§554(a) <br> DA=§554(c) | 5 <br> Sale/Funds <br> Received by <br> the Estate | 6 <br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | 2009 earned income credit-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.65 | Unknown |
| **25** | **Assets**    **Totals** (Excluding unknown values) | **$494,185.40** | **$23,123.00** | | **$28,061.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee received a tax refund and compromised hs interest ij certain vehicles.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-48892 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | DARLING, WILLIAM E | | Bank Name: | The Bank of New York Mellon |
| | DARLING, CYNTHIA G | | Account: | 9200-******23-65 - Money Market Account |
| Taxpayer ID #: | **-***4712 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/14/10 | {1} | United States Treasury | Refund of overpayment of federal taxes | 1224-000 | 22,452.00 | | 22,452.00 |
| 04/14/10 | {2} | Daniel Hynes, Treaurer State of Illinois | Overpayment of state taxes for 2009 | 1224-000 | 651.00 | | 23,103.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.70 | | 23,103.70 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.38 | | 23,105.08 |
| 06/18/10 | {18} | Gordon Gouveia | Monies from compromise of trustee's interest in assets 18, 19, and 20  per court order | 1129-000 | 4,950.00 | | 28,055.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.42 | | 28,056.50 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.67 | | 28,058.17 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.66 | | 28,059.83 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,060.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,060.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,060.52 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,060.75 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,060.98 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 28,061.19 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,061.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 28,061.65 |
| 05/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.00 | | 28,061.65 |
| 05/02/11 | | To Account #9200******2366 | Transfer for purpose of final distribution | 9999-000 | | 28,061.65 | 0.00 |

|  | | | ACCOUNT TOTALS | | 28,061.65 | 28,061.65 | $0.00 |
|  | | | Less: Bank Transfers | | 0.00 | 28,061.65 | |
|  | | | Subtotal | | 28,061.65 | 0.00 | |
|  | | | Less: Payments to Debtors | | | 0.00 | |
|  | | | NET Receipts / Disbursements | | $28,061.65 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-48892 | |
| **Case Name:** | DARLING, WILLIAM E | |
| | DARLING, CYNTHIA G | |
| **Taxpayer ID #:** | **-***4712 | |
| **Period Ending:** | 11/07/11 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******23-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/02/11 | | From Account #9200******2365 | Transfer for purpose of final distribution | 9999-000 | 28,061.65 | | 28,061.65 |
| 05/04/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $44.80, Trustee Expenses;  Reference: | 2200-000 | | 44.80 | 28,016.85 |
| 05/04/11 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,556.10, Trustee Compensation;  Reference: | 2100-000 | | 3,556.10 | 24,460.75 |
| 05/04/11 | 103 | Enterprise Funding Payment Processing | Dividend paid  9.93% on $33,701.99; Claim# 1; Filed: $33,701.99; Reference: | 7100-000 | | 3,347.60 | 21,113.15 |
| 05/04/11 | 104 | Enterprise Funding Group | Dividend paid  9.93% on $20,570.01; Claim# 2; Filed: $20,570.01; Reference: | 7100-000 | | 2,043.20 | 19,069.95 |
| 05/04/11 | 105 | First Federal Leasing | Dividend paid  9.93% on $58,117.50; Claim# 4; Filed: $58,117.50; Reference: | 7100-000 | | 5,772.77 | 13,297.18 |
| 05/04/11 | 106 | Ziker Uniforms | Dividend paid  9.93% on $1,166.83; Claim# 5; Filed: $1,166.83; Reference: | 7100-000 | | 115.90 | 13,181.28 |
| 05/04/11 | 107 | Happ's Inc. | Dividend paid  9.93% on $1,840.00; Claim# 6; Filed: $1,840.00; Reference: | 7100-000 | | 182.77 | 12,998.51 |
| 05/04/11 | 108 | Industrial Filters Company | Dividend paid  9.93% on $11,500.00; Claim# 7; Filed: $11,500.00; Reference: | 7100-000 | | 1,142.29 | 11,856.22 |
| 05/04/11 | 109 | Chase Bank USA, N.A. | Dividend paid  9.93% on $31,192.54; Claim# 8; Filed: $31,192.54; Reference: | 7100-000 | | 3,098.33 | 8,757.89 |
| 05/04/11 | 110 | Hazchem | Dividend paid  9.93% on $7,472.55; Claim# 9; Filed: $7,472.55; Reference: | 7100-000 | | 742.24 | 8,015.65 |
| 05/04/11 | 111 | Silver Cross Hospital | Dividend paid  9.93% on $3,508.50; Claim# 10; Filed: $3,508.50; Reference: | 7100-000 | | 348.50 | 7,667.15 |
| 05/04/11 | 112 | Marlin Business Bank | Dividend paid  9.93% on $48,724.43; Claim# 12; Filed: $48,724.43; Reference: | 7100-000 | | 4,839.76 | 2,827.39 |
| 05/04/11 | 113 | Leaf Funding Inc | Dividend paid  9.93% on $22,275.19; Claim# 13; Filed: $22,275.19; Reference: | 7100-000 | | 2,212.58 | 614.81 |
| 05/04/11 | 114 | Fia Card Services, /Bank of America/Americcan Infosource-ag | Dividend paid  9.93% on $6,189.57; Claim# 14; Filed: $6,189.57; Reference: | 7100-000 | | 614.81 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 28,061.65 | 28,061.65 | $0.00 |
| Less: Bank Transfers | | 28,061.65 | 0.00 | |
| **Subtotal** | | 0.00 | 28,061.65 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$28,061.65** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-48892 |
| Case Name: | DARLING, WILLIAM E |
| | DARLING, CYNTHIA G |
| Taxpayer ID #: | **-***4712 |
| Period Ending: | 11/07/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******23-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 28,061.65 | | | | |
| | | Net Estate : | $28,061.65 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******23-65 | 28,061.65 | 0.00 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 28,061.65 | 0.00 |
| | $28,061.65 | $28,061.65 | $0.00 |

{} Asset reference(s)